UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANGELA NELSON,

    Plaintiff,

v.

CHARTER COMMUNICATIONS
HOLDING COMPANY, LLC, et al.,

    Defendants.
_____/

HONORABLE PAUL L. MALONEY

Case No. 1:13-cv-857

### ORDER ADMINISTRATIVELY CLOSING CASE

This matter is before the Court on the stipulation of the parties to stay this case pending further proceedings (ECF No. 53). The parties seek a stay of this matter in view of plaintiff's bankruptcy filing and the fact that the Bankruptcy Trustee has not authorized plaintiff's counsel to pursue this claim. The Court having concluded that a stay of these proceedings is proper under this circumstance,

**IT IS HEREBY ORDERED** that this matter is STAYED and ADMINISTRATIVELY CLOSED. Upon authorization of the Bankruptcy Trustee for continued litigation of this matter, the court will allow either party to move to reopen this action. Any such motion need only refer to this order and it will be granted.

Date: October 29, 2014

    /s/ Paul L. Maloney
    Paul L. Maloney
    Chief United States District Judge